1

2

3                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                    AT SEATTLE

5    SARAH LEAVITT,

6                      Plaintiff,

7        v.                                      C25-1500 TSZ

8    CAMP KOREY; "DOES 1-100",                   MINUTE ORDER
     employees of Camp Korey; and
9    "CORPORATIONS XYZ 1-100",

10                     Defendants.

11          The following Minute Order is made by direction of the Court, the Honorable
12   Thomas S. Zilly, United States District Judge:

13          (1)     The Court finds this case is appropriate for mediation under Local Civil
     Rule ("LCR") 39.1.  See Joint Status Report at 4 (docket no. 8).  The parties are directed
14   to conduct mediation upon completion of discovery as hereinafter provided.

15          (2)     A settlement conference pursuant to LCR 39.1(c)(2) must be completed by
     January 4, 2027.  Mediation shall be completed no later than February 1, 2027, and a
16   letter of compliance shall be filed with the Court no later than February 8, 2027.

17          (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
     record.

18          Dated this 5th day of December, 2025.

19
                                          Ravi Subramanian
20                                        Clerk

21                                        s/Grant Cogswell
                                          Deputy Clerk
22

23

MINUTE ORDER - 1